UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| APRIL L. YOUNG, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO.: 10-CV-00429-WS-B |
| § | |
| BOND COLLECT SERVICES, INC., § | |
| § | |
| Defendant. § | |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW, APRIL L. YOUNG, Plaintiff in the above-styled cause, and by and through her undersigned attorney, and pursuant to Rule 15(a) of the *Federal Rules of Civil Procedure* respectfully request leave to file her Amended Complaint, which is attached hereto as Exhibit "A".

_____
JAMES D. PATTERSON (PATTJ6485)
KENNETH J. RIEMER (RIEMK8712)
Attorneys for Plaintiff

OF COUNSEL:
UNDERWOOD & RIEMER, P.C.
166 Government Street, Suite 100
Mobile, Alabama 36602
Telephone: (251) 432-9212
E-mail: jpatterson@alalaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

L. Jackson Young, Jr.
Ferguson, Frost & Dodson LLP
2500 Acton Road, Ste. 200
Birmingham AL 35243

_____
JAMES D. PATTERSON