IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **APRIL L. YOUNG,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION 10-0429-WS-B |
| | ) |
| **BOND COLLECT SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On this date, plaintiff's counsel notified the undersigned's staff that the parties have compromised and settled this matter in its entirety. It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 20th day of July, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE